# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144520-3

ABELARDO MORALEZ,
      Petitioner-Appellant,

v

PATRICK PATTERSON,
      Respondent-Appellee.

SC:  144520
COA:  303831
Jackson CC:  11-000752-PH

_____/

ABELARDO MORALEZ,
      Petitioner-Appellant,

v

DENNIS WAYNE PATTERSON,
      Respondent-Appellee.

SC:  144521
COA:  303832
Jackson CC:  11-000753-PH

_____/

ABELARDO MORALEZ,
      Petitioner-Appellant,

v

CHRISTOPHER JAMES TEEGARDIN,
      Respondent-Appellee.

SC:  144522
COA:  303834
Jackson CC:  11-000754-PH

_____/

ABELARDO MORALEZ,
      Petitioner-Appellant,

v

SC:  144523
COA:  303835
Jackson CC:  11-000755-PH

MICHAEL PATRICK TEEGARDIN,
        Respondent-Appellee.

_____/

On order of the Court, the application for leave to appeal the December 20, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

_____
                                    Clerk

d0514